# gunner*cooke*

New York
475 Park Avenue South
Suite 2300
New York, NY 10016
USA

**Via ECF**
Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2025

*MEMO ENDORSED*

July 7, 2025
Our ref: 94-00146
Contact: max.gershweir@gunner*cooke*.com
646.440.8375

Re:    Wesco Insurance Company v. Great Northern Insurance Company
       Civil Action No.: 1:25-cv-03636-CM

Dear Judge McMahon:

We represent plaintiff Wesco Insurance Company in the above-referenced action. We submit this letter jointly with counsel for defendant Great Northern Insurance Company to request an extension of time to submit a proposed Civil Case Management Plan as directed by the Court's Order Scheduling an Initial Conference filed on June 9, 2025 (Dkt. No. 15). The Order requires that the parties submit a proposed Civil Case Management Plan within 30 days, i.e., by July 9, 2025.

The parties seek an extension of time until August 22, 2025, because they have reached a settlement in principle and thus believe that a Civil Case Management Plan will be unnecessary. This is the first request for such an extension.

Respectfully yours,

Max W. Gershweir

Partner

gunner*cooke* US LLP

cc:    All parties via ECF

Extension granted

Colleen McMahon
7/8/2025

www.gunnercooke.com/gunnercooke-us/ | T: +(1) 646-586-2090 | E: info@gunnercooke.com

gunnercooke US LLP is a limited liability partnership with offices in New York. gunnercooke US LLP is affiliated with gunnercooke LLP, a limited liability partnership registered in England and Wales. 'gunnercooke' is a trading name of gunnercooke US LLP.