**BUTLER** | Weihmuller Katz Craig

TAMPA
DALLAS
CHICAGO
CHARLOTTE
PHILADELPHIA
TALLAHASSEE
MOBILE
MIAMI

September 4, 2025

**VIA Electronic Filing**
The Honorable Colleen McMahon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/2025

MEMO ENDORSED

Re:  *Wesco Insurance Company v. Greath Northern Insurance Company*
     USDC for the Southern District of New York
     Civil Action No. 1:25-cv-03636-CM
     Our File Number: 0205-2504287

Dear Judge McMahon:

On behalf of all parties, I write to advise that court that this matter has been amicably settled. We ask that the Court please enter a Rule 41(a)(2) order with prejudice.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

Michael S. Savett, Esq.
msavett@butler.legal
267.507.1406

MSS:alw
Enclosure

Cc Max Gershweir, Esq.

9/5/2025

Case dismissed with prejudice. Clerk to close file.